AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

United States of America
v.

MATTHEW THOMAS KENT

_____
Defendant

)
)
)
)
)
)

Case: 1:26-cr-00094
Assigned To : Boasberg, James E.
Assign. Date : 4/23/2026
Description: INDICTMENT (B)

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    MATTHEW THOMAS KENT                                                             ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846 - (Conspiracy to Distribute and Possess with the Intent to Distribute 500 Grams or More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine, 50 Grams or More of Methamphetamine (Actual), and a Mixture and Substance Containing a Detectable Amount of Gamma-Butyrolactone (GBL))

21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii) - (Unlawful Possession with the Intent to Distribute 50 Grams or More of Methamphetamine (Actual))

Date:      04/23/2026

_____
*Issuing officer's signature*

City and state:     WASHINGTON, D.C.

Matthew J. Sharbaugh U.S. MAGISTRATE JUDGE
*Printed name and title*

| Return | |
|---|---|
| This warrant was received on *(date)* 4/26/2026, and the person was arrested on *(date)* 4/29/2026 at *(city and state)* Fairfax, VA . | |
| Date: 4/30/2026 | _____ *Arresting officer's signature* SA Kyle Van Hecke _____ *Printed name and title* |